AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
District of North Dakota

United States of America )
v. )
Charles Dalzell ) Case No. 3:25-mj-466
)
)
)
)

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 15, 2025_____ in the county of _____Cass_____ in the _____ District of _____North Dakota_____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 USC 875(c) | Interstate threats |
| 18 USC 115(a)(1)(B) | Threats against a Federal Official |

This criminal complaint is based on these facts:

See attached

☐ Continued on the attached sheet.

_____
_Complainant's signature_

Christopher Potts, SA, FBI
_Printed name and title_

Sworn to before me ~~and signed in my presence.~~ via telephone.

Date: June 16, 2025

_____
_Judge's signature_

City and state: Grand Forks, ND

Alice R. Senechal, US Magistrate Judge
_Printed name and title_