AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

United States of America
v.
Charles Dalzell

Defendant

) Case No. 3:25-mj-466
)
)
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Charles Dalzell,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
See attached affidavit.

Date: June 16, 2025

_____
*Issuing officer's signature*

City and state: Grand Forks, ND

Alice R. Senechal, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 6/16/25, and the person was arrested on (date) 6/16/25
at (city and state) St. Thomas, North Dakota

Date: 6/17/25

_____
*Arresting officer's signature*

Jennifer Braun, SA FBI
*Printed name and title*